UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| **Patti U. McKissick,** )<br>) <br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Synchrony Bank, f/k/a** )<br>**GE Capital Retail Bank,** )<br>)<br>**Defendant.** ) | **CASE NO.: 4:19-cv-03019-SAL** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Patti U. McKissick, jointly with the Defendant, Synchrony Bank, f/k/a GE Capital Retail Bank, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and hereby stipulate that the above-captioned civil action has been resolved and is due to be dismissed in its entirety and with prejudice, each party to bear its own costs.

Respectfully submitted on this 15th day of June, 2020.

| | |
|---|---|
| /s/ *Penny Hays Cauley* | /s/ *Patrick B. Ford* |
| Penny Hays Cauley, Fed. ID No. 10323 | Patrick B. Ford, Fed. ID No. 13026 |
| HAYS CAULEY, P.C. | FINKLEA LAW FIRM |
| 1303 W. Evans St. | 814 W. Evans St. |
| Florence, SC 29501 | Florence, SC 29501 |
| (843) 665-1717 | (843) 317-4900 |
| (843) 665-1718 Facsimile | (843) 317-4910 Facsimile |
| phc917@hayscauley.com | pford@finklealaw.com |
| Attorney for Plaintiff | Attorney for Defendant |